*Ernest J. Cotnoir,* in opposition.

Decided December 13, 2002

CHESTER LISIEWSKI *v.* JOHN A. SEIDEL ET AL.

*Ernest J. Cotnoir,* in support of the petition.

*Beth A. Steele,* in opposition.

Decided December 13, 2002

JOHNSON ELECTRIC COMPANY, INC. *v.* SALCE
CONTRACTING ASSOCIATES, INC.

*Paul A. Sobel,* in support of the petition.

*Maximino Medina, Jr.,* and *Anthony R. Minchella,*
in opposition.

Decided December 13, 2002

DOCTOR'S ASSOCIATES, INC. *v.*
DANIEL KEATING ET AL.